Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLEE EVANS, a single person,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SAFEWAY, INC., a foreign business corporation doing business in the state of Washington,<br><br>　　　　　　Defendant. | No. 2:16-cv-00934-RSL<br><br>STIPULATION AND AGREED ORDER TO EXTEND EXPERT DISCLOSURE CUTOFF DEADLINE |

## **STIPULATION**

The parties, by and through their attorneys, have proposed and agree to a short 39 day extension of the current deadline for Disclosure of Expert Testimony.  The agreed upon extensions would allow the parties additional time to focus on an early resolution of this case without having to incur potentially unnecessary expert and litigation expenses.

The parties also stipulate and agree that the below Order may be presented for the Court's signature and entry.

STIPULATION AND AGREED ORDER TO EXTEND EXPERT DISCLOSURE
CUTOFF DEADLINE – PAGE 1
CAUSE NO. 2:16-cv-00934-RSL

1806237 / 824.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1   Dated this 22nd day of March, 2017.

NELSON BLAIR LANGER ENGLE, PLLC

_____
D. Scott Blair, WSBA #13428
Attorneys for Plaintiff

FORSBERG & UMLAUF, P.S.

_____
Roy A. Umlauf, WSBA # 15437
Attorneys for Defendant

## **O R D E R**

This matter having come before the Court on the stipulation of the parties, the Court having reviewed the same, and the Court grants the parties stipulated request for a continuance of the expert disclosure cutoff deadline. The new deadline for Disclosure of Expert Testimony is May 12, 2017.

Dated: March 28, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND AGREED ORDER TO EXTEND EXPERT DISCLOSURE CUTOFF DEADLINE – PAGE 2
CAUSE NO. 2:16-cv-00934-RSL

1806237 / 824.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX