Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLEE EVANS, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a foreign business corporation doing business in the state of Washington,<br><br>Defendant. | No. 2:16-cv-00934-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

## I. STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 10th day of May, 2017             Dated this 24th day of May, 2017

FORSBERG & UMLAUF, P.S.                      NELSON BLAIR LANGER ENGLE, PLLC

By _____                   By _____
Roy A. Umlauf, WSBA #15437                   D. Scott Blair, WSBA #13428
Amanda N. Buchan, WSBA #46651                Attorney for Plaintiff Leslee Evans
Attorneys for Defendant Safeway, Inc.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS – PAGE 1
CAUSE NO. 2:16-cv-00934-RSL
1852489 / 824.0022

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DONE this 31st day of May, 2017.

_____
Honorable Robert S. Lasnik

Presented By:

FORSBERG & UMLAUF, P.S.

By: _____
Roy A. Umlauf, WSBA #15437
Amanda N. Buchan, WSBA #46651
Attorneys for Defendant Safeway, Inc.

Copy Received, Approved for Entry,
Notice of Presentation Waived:

NELSON BLAIR LANGER ENGLE, PLLC

By: _____
D. Scott Blair, WSBA #13428
Attorney for Plaintiff Leslee Evans

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS – PAGE 2
CAUSE NO. 2:16-cv-00934-RSL
1852489 / 824.0022

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX